IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| ASHVINKUMAR POPATLAL PATEL, CHANDRIKABEN ASHVINKUMAR PATEL, and URAV ASHVINKUMAR PATEL, | * * * * * | |
| Plaintiffs, | * * | |
| v. | * * | CV 623-049 |
| ALEJANDRO MAYORKAS, Secretary of DHS; MERRICK GARLAND, Attorney General of the United States; TRACY RENAUD, Senior Official Performing Duties of the Director for USCIS; and DANIEL M. RENAUD, | * * * * * * * * | |
| Defendants. | * * | |

O R D E R

Before the Court is the Parties' consent motion for voluntary dismissal. (Doc. 6.) This motion was filed prior to Defendants serving an answer or a motion for summary judgment. Upon due consideration, this Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(i).

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITHOUT PREJUDICE**. The Clerk is **DIRECTED** to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each Party shall bear its own costs and fees except as otherwise agreed.

**ORDER ENTERED** at Augusta, Georgia, this ___8th___ day of December, 2023.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA